# Court of Appeals
# of the State of Georgia

ATLANTA,　October 30, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0137. MENSHACK JAH NYEPAH v. THE STATE.**

In January 2013, Menshack Jah Nyepah pled guilty to armed robbery, aggravated assault, and other crimes, and was sentenced to 50 years in prison to serve 25 years. In an unpublished opinion, we affirmed the trial court's denial of his motion to withdraw his plea. See *Nyepah v. State* (Case No. A17A0831; decided January 26, 2017). Nyepah subsequently filed a motion to set aside a void judgment in which he apparently argued that his indictment was illegal because it was not returned in open court. The trial court denied the motion and Nyepah timely filed this application for discretionary review. However, we lack jurisdiction.

Our Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Thus, Nyepah is not authorized to collaterally attack his conviction in this manner. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) and (2) (686 SE2d 786) (2009). Accordingly, this application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/30/2019__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*